IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

STACY E. CAMERON,

     Plaintiff,

     v.

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

:

:

:

:

Case No. 3:19-cv-208

JUDGE WALTER H. RICE

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #13);
REVERSING NON-DISABILITY FINDING; REMANDING TO
COMMISSIONER UNDER FOURTH SENTENCE OF 42 U.S.C. §
405(g) FOR FURTHER PROCEEDINGS; JUDGMENT TO ENTER IN
FAVOR OF PLAINTIFF AND AGAINST DEFENDANT; TERMINATION
ENTRY

---

Based on the reasoning and citations of authority set forth by United States

Magistrate Judge Michael J. Newman in his Report and Recommendations, Doc.

#13, as well as upon a thorough *de novo* review of this Court's file and the

applicable law, the Court ADOPTS said judicial filing. Although the parties were

notified of their right to file Objections to the Report and Recommendations, and of

the consequences of failing to do so, no Objections were filed within the time

allotted.

The Court REVERSES the ALJ's non-disability finding as unsupported by

substantial evidence. The Court REMANDS this matter to the Commissioner under

the Fourth Sentence of 42 U.S.C. § 405(g) for further proceedings consistent with this opinion.

Judgment shall be entered in favor of Plaintiff and against Defendant.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: September 8, 2020

(tp - per Judge Rice authorization after his review)

WALTER H. RICE
UNITED STATES DISTRICT JUDGE