# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| STACY E. CAMERON,<br>Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No.: 3:19-cv-0208<br>)<br>) |
| ANDREW SAUL,<br>Commissioner of Social Security,<br>Defendant. | ) Judge Newman<br>)<br>)<br>)<br>) |

## ORDER

This cause coming before the Court on the joint motion of the parties, due notice having been given, and the Court being fully advised,

IT IS THEREFORE ORDERED THAT:

1. The Parties' Joint Motion for an Award of Attorney's Fees under the Equal Access to Justice Act (EAJA) is accepted and the Commissioner shall pay Plaintiff's attorney fees in the amount of $4,300.00 (four thousand three hundred dollars), and costs in the amount of $0.00, for a total of $4,300.00 (four thousand three hundred dollars);

2. Counsel for the parties shall verify whether or not Plaintiff owes a preexisting debt to the United States subject to offset, consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 560 U.S. 586 (2010). If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff and counsel; and

3. The case remains terminated on the docket of this Court.

IT IS SO ORDERED.

Date: 12.15.20          Entered: _____

## Re: S.E.C. 3:19-cv-208 (SD OH)

| Date | Description | Hours |
|---|---|---|
| 5/3/2019 | Receipt ALJ decision, make appeal reminders | 0.10 |
| 5/3/2019 | Review ALJ decision ,make appeal reminders | 0.45 |
| 5/3/2019 | Correspondence to client re denial, call to discuss appeal | 0.15 |
| 5/6/2019 | Partial review available records, CD to evaluate appeal | 0.95 |
| 5/6/2019 | Telephone call from client re : appeal, will call after review | 0.10 |
| 5/7/2019 | Telephone call with client re: Affidavit | 0.10 |
| 5/7/2019 | Prepare draft EAJA Affidavit for client review and signature | 0.20 |
| 5/8/2019 | Memo to file re possible issues, need to see transcript for testimony and add'l records | 0.30 |
| 5/10/2019 | TC to clt left message N/C | 0 |
| 5/13/2019 | TC to clt left message N/C | 0 |
| 5/14/2019 | Tel Conference with clt , review appeal issues, IFP form complete, discuss issues | 0.30 |
| 5/15/2019 | Letter to (ref atty/pot clt) with forms, please call if questions | 0.10 |
| 5/29/2019 | Corresp to client re: need to hear re: IFP and other forms | 0.10 |
| 6/3/2019 | Receipt and review signed EAJA Affidavit N/C | 0 |
| 6/4/2019 | Receipt, review IFP form client, completed | 0.20 |
| 6/7/2019 | Tel. call with client re: got form, status, drafting Complaint (.10 hr) N/C | 0 |
| 7/4/2019 | Review file, verify county, draft Complaint, USDC forms | 0.70 |
| 7/11/2019 | Review final Complaint, USDC forms | 0.30 |
| 7/12/2019 | Create .pdf files for filing (.20 hour N/C | 0 |
| 7/12/2019 | File Complaint with USDC, file IFP, forms | 0.25 |
| 7/12/2019 | Receipt and review e-mails from USDC re: Document ##__1__ (IFP), download, print stamped copy_ | 0.10 |
| 7/22/2019 | Receipt and review e-mails from USDC re: Docs. #2, 3, IFP | 0.10 |
| 7/22/2019 | Receipt various electronic notices, order, IFP granted, etc. | 0.10 |
| 7/22/2019 | Corresp. to client with copy of Complaint, explain process | 0.20 |
| 7/22/2019 | Download Summons for service N/C | 0 |
| 7/24/2019 | Corresp. to US Attorney, Regional Counsel, Attorney General re: Service of complaint | 0.30 |
| 7/30/2019 | Receipt & Review USDC NEF (Doc. #4 ), Appearance for US N/C | 0 |
| 7/31/2019 | Receipt & Review USDC NEF (Doc. # 5), re: possible MJ jurisdiction    N/C | 0 |
| 8/6/2019 | Receipt & review cert. mail proof of service x 3, record | 0.10 |
| 8/6/2019 | Prepare proof of service forms x 3 (.10 hour) N/C | 0 |
| 8/6/2019 | Create pdf file(s) and file proof of service with Court, record answer due date, scheduled brief, response & reply due dates | 0.15 |
| 8/6/2019 | Receipt and review e-mail from USDC re: Doc. # 6 Summons returned executed | 0 |

| Date | Description | Hours |
|---|---|---|
| 8/6/2019 | Receipt and review e-mail from USDC re: Doc.#7 Summons returned executed | 0 |
| 9/24/2019 | Receipt and download Transcript (Doc. #_8) | 0.10 |
| 9/24/2019 | Review Transcript for testimony legibility, completeness, compare record to administrative exhibits | 0.20 |
| 9/26/2019 | Corresp to clt re: explain Court proceedings, transcripts, estimated time frames | 0.20 |
| 11/1/2019 | Start review transcript, medical records 2649 pgs | 2.20 |
| 11/1/2019 | Review case law, review rulings, Hallex, pre-March 27, 2017 Regulations, authority | 1.00 |
| 11/1/2019 | Outline evidence, procedural history, ALJ findings, issues | 1.5 |
| 11/2/2019 | Finish review transcript, testimony, medical records | 5.45 |
| 11/2/2019 | Prepare draft Statement of Facts, outline issues | 1.50 |
| 11/4/2019 | Draft Brief/Stmt. of Errors Issue I, correlate with with medical evidence | 3.45 |
| 11/7/2019 | Edit draft Statement of Errors | 0.5 |
| 11/8/2019 | Review final Draft Stmt. of Errors, create pdf, file with Court, receipt e-mail re: NEF (Doc. #9 ) | 0.30 |
| 11/13/2019 | Corresp. to client re: encl. arguments, expl. process, status | 0.20 |
| 12/16/2019 | Receipt and review email/tel. call U.S. Attorney re: possible extension N/C | 0 |
| 12/17/2019 | Receipt and review US Motion for Extension (Doc. #10) print copy for client | 0.25 |
| 12/17/2019 | Receipt and review USDC e-mail re: ext. granted ((Doc. #_11____ and/or Notation Order); adjust deadlines for US Resp. & plaintiff reply  N/C | 0 |
| 12/19/2019 | Correspondence re: extension, status to client | 0.15 |
| 1/17/2020 | Receipt and review NEF Response of U.S. to SSE (Doc # 12 )Download and print client copy N/C | 0 |
| 1/17/2020 | Corresp to client with copy US brief, reviewing for possible reply | 0.25 |
| 1/17/2020 | Telephone call with client expressing their concerns with arguments, explain standards, evidence in record, issues chosen | 0.10 |
| 1/20/2020 | Review US Brief; review Transcript, plaintiff's brief, no reply | 1.20 |
| 4/17/2020 | T/C w/ clt re: status, timeframe , new address | 0.10 |
| 7/23/2020 | Receipt and review NEF re: Report and Recommendation (Doc # 13)  N/C | 0 |
| 7/23/2020 | Review Magistrate Report and Recommendation, pleadings | 0.30 |
| 7/27/2020 | Corresp. to client re: explain decision, possible U.S. objection, time frames | 0.15 |
| 8/8/2020 | TC w/ clt explain R&R, discuss time frames | 0.10 |
| 9/8/2020 | Rec. & Rev.  NEF re: USDC Order, Judgment (Doc #14,15) N/C | 0 |
| 9/8/2020 | Review USDC Order | 0.20 |
| 9/17/2020 | Corresp. to client explain MTR, final Order, time frames,    EAJA issues, affidavit | 0.30 |
| 11/29/2020 | Prepare Draft itemization | 0.35 |

     **TOTAL HOURS**   **25.40 HOURS**

/s/ Clifford M. Farrell
Clifford M. Farrell
Attorney for plaintiff